THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JEREMIAH J. SULLIVAN, Appellant.— Judgment and order affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., dissents and votes to reverse and dismiss the information.

TRUBON PRODUCTS CORPORATION et al., Respondents, v. BON PRODUCTS CORPORATION et al., Appellants.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within ten days after service of order, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., dissents and votes to reverse and grant the motion to dismiss the complaint as to the defendants Louise A. Braunwarth and Hooven Realties, Inc. [See 268 App. Div. 769.]

In the Matter of the Arbitration between A. A. KREJTMAN, INC., Appellant, and B. & G. BRISTLE CORPORATION, Respondent.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

MANQUEEN CORPORATION, Respondent, v. LUCY B. KRAUSE et al., Appellants.— Order, so far as appealed from, unanimously modified by striking out items C-15, C-16, C-17, C-19, F-1, G-1, J-1, K-1(a) to (h) inclusive, and N-1, and as so modified affirmed, with twenty dollars costs and disbursements to the appellants. Verified bill of particulars to be served within twenty days after service of order. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.